CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 6 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL DUCHELLE GREEN, | ) | **Civil Action No. 7:05-CV-00093** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MR. WRENN, ET AL., | ) | **By: Hon. Glen E. Conrad** |
| Defendants. | ) | **United States District Judge** |

Plaintiff Michael Duchelle Green, a Virginia inmate proceeding pro se, brought an action under the Civil Rights Act, 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. Green alleges that he was denied privileges on account of his physical disability while housed at the Danville Adult Detention Center. On April 8, 2005, this court directed Green to provide a statement of his inmate trust account for the prior six months or risk dismissal of this action. The court granted Green twenty days to provide this information but he has not complied. Therefore, this court dismisses this petition without prejudice for failure to comply with a court order. If Green wishes to pursue this matter he may refile the complaint with the required information. An appropriate order will be entered this day.

**ENTER**: This _6th_ day of May, 2005.

_Glen E. Conrad_
UNITED STATES DISTRICT JUDGE